# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRENDA BLYSTONE, | CIVIL DIVISION |
| Plaintiff, | No. 2:18-cv-00202-NBF |
| v. | |
| MERCIK UNLIMITED, INC., | |
| Defendant. | **JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through her undersigned counsel, hereby dismiss this matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated this 7th day of May 2018.

Respectfully submitted,

**BRACKEN LAW FIRM LLC**

By _____
Robert A. Bracken, Esq.
BNY Mellon Center
500 Grant Street, Suite 2900
Pittsburgh, PA 15222
Tel. (412) 278-7402
Fax (412) 533-7030
*Counsel for Plaintiff*